The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| WGT | 9126063 | BARBAY | 10/07/2022 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 36CFR4.22(b)91 | UNSAFE OPERATIONS |

| Defendant Name |
|---|
| COSTANZA, GREGORY G |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| US MAGISTRATE JUDGE<br>U.S. COURTHOUSE<br>145 E. SIMPSON<br>JACKSON, WY 83001 | 12/13/2022<br>09:00 AM |