IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING, YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| United States of America, Plaintiff, v. Gregory G. Costanza, Defendant. | Case No. L:22-po-00702-SAH-1 Hon. Stephanie A. Hambrick DEFENDANT COSTANZA'S MOTION TO CONTINUE TRIAL Fed. Rule Crim. P. 12(d) |

COMES NOW Defendant Gregory G. Costanza ("Costanza"), to move the Court to for a continuance in the current action. Trial in this action was scheduled for 11:00 am on April 25, 2023. This Court set a deadline of April 14, 2023 for Defendant to file any motions in this matter. Defendant filed a Motion to Dismiss under Fed.R.Crim.P. Rule 12(b)(2). This Court set a deadline of April 21, 2023 to respond. The government did not file a response to Defendant's Motion.

Defendant, being unfamiliar with criminal law, and having not heard back from the Court or Plaintiff on his Motion, seeks a continuance of trial to allow the Court to render judgment on the Motion. Under Fed. Rule Crim. P. 12(d), this court must

decide every pretrial motion before trial unless it finds good cause to defer a ruling. Having not heard back from the Court on Defendant's Motion, this Motion to Continue Trial is proper to allow the Court to decide on the Motion before trial.

Should this case proceed to trial, Defendant will seek the assistance of a criminal defense attorney to avoid any procedural mistakes. Therefore, this motion is brought on the grounds that Defendant seeks legal representation for this matter prior to trial and in the event this Court denies Defendant's Motion to Dismiss. A continuance of trial will afford Defendant's counsel the opportunity to review the evidence provided by Plaintiff and properly advise Defendant on his rights. Defendant has not been able to find a Jackson attorney to appear for trial on April 25, 2023, and therefore Defendant requests a 30-day continuance of trial to allow retention of counsel and decision on Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED this 25th day of April, 2023.

                                                  /s/ Gregory G. Costanza
                                                 Gregory G. Costanza, Esq.
                                                 *Pro Se Defendant*

## CERTIFICATE OF SERVICE

      I, Gregory G. Costanza, hereby certify that I served a true and complete copy of the foregoing document on the following persons by the following means:

| | |
|---|---|
| Mary Louise Fredrickson<br>DOJ-USAO<br>U.S. Attorney's Office<br>Yellowstone Justice Center<br>Building #MA-1015, Room 213<br>Mammoth Hot Springs, WY 82190<br>*Lead Attorney for Government* | **ECF** |

                                                /s/ Gregory G. Costanza

                                                Gregory Costanza<br>                                                Pro Se Defendant