# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**2:31 pm, 4/25/23**

**Margaret Botkins**
**Clerk of Court**

| UNITED STATES OF AMERICA | ☑ Violation Notice  ☐ Information  ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number   L:22-PO-00702-SAH-1 |
| GREGORY G COSTANZA | |
| Defendant | |

Violation Charged   Operating a vehicle w/o due care (careless operation)    Citation Number   (9126063)

Date Violation Notice Issued   10/07/2022           Place   WGT

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  11:05-11:15am                    Interpreter

Date   April 25, 2023                  Interpreter Telephone

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Christyne Marie Martens | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☑ Failed to appear     Warrant issued on

☐ Appeared    ☐ By telephone
            ☐ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

     ☐ FPD      ☐ PANEL-CJA      ☐ RETAINED

☐ Attorney waived

☐ Court orders case continued to                    at
   reason:

☐ Bail is set at
     ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:22-PO-00702-SAH-1

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**

☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made   ☐ orally     ☐ in writing

---

☐ Informed of charges and rights         Date
☐ Defendant arraigned                    Date
☐ Court accepts plea     Defendant enters ☐ Guilty         ☐ Not Guilty Plea
☐ Trial     Witnesses

☐ Disposition
　　☐ Not Guilty
　　☐ Guilty
　　☐ Dismissed
　　☐ Collateral Forfeited
　　☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence     Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
　　☐ With Supervision     ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine                   Payable
☐ Restitution            To
☐ Community Service      To
☐ Special Assessment
☐ Processing fee: $  30.00
☐ Defendant advised of right to appeal
☒ Other  Defendant failed to appear.  Bench Trial will be vacated.  Status Conference will be set for 05/03/2023 at 2:00pm.  Defendant needs to hire counsel prior to status conference. Motion to Dismiss- DENIED on the record.