FILED



2:24 pm, 4/26/23

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                Plaintiff,

vs.                                                          Case Number: L:22-PO-00702-SAH-1

Gregory G Costanza

                Defendant.

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone: N/A          ☑ Telephonic   (Zoom Video)
Interpreter: N/A
Date: Apr 26, 2023      Time: 2:01-2:20pm

| Stephanie A. Hambrick | Jessica Jarvis | FTR | Jessica Bjerke-Owens |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

|  | U.S. Marshal | U.S. Probation Officer |  |

Attorney(s) for Government        Christyne Martens

Attorney(s) for Defendant(s)      Waived

Witness(es) for Government        N/A

Witness(es) for Defendant(s)      N/A

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Dft | 15 | Motion to Continue Trial | Granted |

Other:
Defendant notified the court that he would be hiring counsel. Defendant will provide his counsel the discovery he previously received. Status Conference set for 05/17/2023 at 1:30pm. Bench Trial rescheduled for 06/13/2023 at 11:00am in person at Jackson Courthouse.