FILED




5:04 pm, 5/17/23

Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA
Plaintiff

vs

GREGORY G COSTANZA
Defendant

☑ Violation Notice ☐ Information ☐ Complaint

Case Number L:22-PO-00702-SAH-1

Violation Charged Operating a vehicle w/o due care (careless operation) (1)

Citation Number (9126063)

Date Violation Notice Issued 10/07/2022    Place WGT

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 3:46-4:15    Interpreter

Date May 17, 2023    Interpreter Telephone

Before the Honorable Stephanie A. Hambrick

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Christyne Marie Martens | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared ☑ By telephone

☑ Voluntarily ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

☐ FPD ☐ PANEL-CJA ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to    at

reason:

☐ Bail is set at

☐ P/R-No Amount ☐ Unsecured ☐ Cash/Surety

☐ Conditions of release

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**

☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made ☐ orally ☐ in writing

☐ Informed of charges and rights Date

☐ Defendant arraigned Date

☑ Court accepts plea Defendant enters ☑ Guilty ☐ Not Guilty Plea

☐ Trial Witnesses

☑ Disposition

- ☐ Not Guilty
- ☑ Guilty (9126063)
- ☐ Dismissed
- ☐ Collateral Forfeited
- ☐ *Nolo Contendere*

☐ PSI ordered

☑ Sentence Date May 17, 2023

☐ Imposition of jail sentence suspended

☐ Committed to custody for a period of

☐ Probation for a period of

- ☐ With Supervision ☐ Without Supervision

☐ Special Conditions of Probation

☑ Fine 500.00 Payable to CVB by 06/16/2023

☐ Restitution To

☑ Community Service 1000.00 To Grand Teton Association

☑ Special Assessment 10.00

☑ Processing fee: $ 30.00

☑ Defendant advised of right to appeal

☑ Other Written judgment to follow. Abstract will not be sent in.