# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:33 pm, 5/19/23

Margaret Botkins
Clerk of Court

UNITED STATES OF AMERICA

vs

Gregory G Costanza

Case Number(s): L:22-PO-00702-SAH-1

Defendant's Attorney(s)
Waived

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violation 9126063.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 36 CFR 4.22(b)(1) | Operating a motor vehicle without due care or at a speed greater than that which is reasonable and prudent considering wildlife, traffic, weather, road and light conditions and road character (careless operation) | 10/07/2022 | 9126063 |

The defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

May 17, 2023
Date of Imposition of Sentence

*Stephanie Hambrick*
Stephanie A. Hambrick
United States Magistrate Judge

May 19, 2023
Date

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| 9126063 NOTES: | $10.00 | $30.00 | | $1,000.00 | $500.00 | $1,540.00 |
| **Totals:** | $10.00 | $30.00 | | $1,000.00 | $500.00 | $1,540.00 |

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due immediately, is inclusive of all penalties and interest, if applicable. Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).
 The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

>   The interest and penalties not be applied to fine and/or restitution.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full immediately.

---

### MONETARY OBLIGATIONS  /  FORFEIT PROPERTY

$1,000.00  community service payment due in full not later than 06/16/2023, payable to Grand Teton Association Attn: Grand Teton Wildlife Protection Fund, Mailed to 100 Headquarters Loop- Box 70 Moose, WY 83012, and shall reference the defendant's violation number 9126063, case number L:22-PO-00702-SAH-1.  The defendant shall provide proof of payment via e-mail YNP_DC@wyd.uscourts.gov.

$540.00  due in full not later than 06/16/2023, payable to the Central Violations Bureau, P.O. Box 780549, San Antonio,  TX 78278.  Payment(s) can also be made at www.cvb.uscourts.gov or by calling (800) 827-2982, and shall reference the defendant's violation number 9126063, case number L:22-PO-00702-SAH-1.